UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

STEVEN BURKE, VINCENT A. DALEY, FRANK
DETTO, PAUL GIORDANA, DENNIS HILLMAN,
PAUL F. HOBBS, LAWRENCE J. LEVINSON, ROBERT
MORRIS, STEVE NOVINSKY, MURRAY SOLOMAN,
DANIEL F. TAYLOR, RODNEY VARONOA, RONALD
VIGOTSKY, and PAUL L. WOLFF,

                Plaintiffs,

    -against-

LARRY DeANGELIS, as Administrator of New York
Mailers Union No. 6, Local 14170, Communications
Workers of America; NEW YORK MAILERS UNION
NO. 6, LOCAL 14170, COMMUNICATIONS
WORKERS OF AMERICA; and THE NEW YORK
TIMES,

                Defendants.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/10

09 Civ. 2302 (NRB)

**ORDER OF DISMISSAL**

      The parties having entered into a settlement agreement which, in part, provides for dismissal of this action, the settlement is

      SO ORDERED, and

      The complaint is dismissed, without costs or attorneys' fees to any party.

_____
U.S.D.J.

December 1, 2010